**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

DENTON HOUSING AUTHORITY,

        Plaintiff,

v.

PROVIDENCE HOMEOWNERS
ASSOCIATION, INC. and FIRSTSERVICE
RESIDENTIAL TEXAS, INC.,

        Defendants.

Civil Action No. 4:25-cv-774-ALM

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiff moves the Court pursuant to Local Rule CV-7(e) for an extension of time to respond to Defendant Providence Homeowners Association, Inc.'s (PHOA) Motion to Dismiss (ECF 10) and Defendant FirstService Residential Texas, Inc.'s Rule 12(b)(6) Motion to Dismiss Complaint (ECF 11). Plaintiff's deadline to respond to these motions is currently September 2, 2025. Plaintiff respectfully requests that the Court extend Plaintiff's deadline to respond to September 16, 2025.

There exists good cause to grant Plaintiff's requested extension. Plaintiff's counsel has corresponded with Defendants, and both Defendants are unopposed to this motion. The requested relief will not prejudice either party. Because there are no other hearings or deadlines currently scheduled in this case and the requested extension is modest, Plaintiff does not believe that granting this motion will result in any meaningful delay in this case.

Furthermore, there is good cause because the Court would benefit from fully informed briefing on each motion. Defendants' motions were filed within a day of each other and raise several theories for why the Court should dismiss Plaintiff's claims. Both motions are lengthy and involve in-depth legal arguments. Plaintiff's counsel also has pre-planned vacation, including over Labor Day weekend, and granting this extension would afford Plaintiff the necessary time to ensure that Plaintiff is able to brief fully the issues before the Court.

Therefore Plaintiff respectfully requests that the Court grant this unopposed motion and extend the deadline to respond to Defendants' Motions to Dismiss from September 2, 2025 to September 16, 2025.

Dated: August 21, 2025

Respectfully submitted,

*s/ Rebecca Livengood*
Rebecca Livengood *
Glenn Schlactus *
Soohyun Choi *
RELMAN COLFAX PLLC
1225 19th St. N.W., Suite 600
Washington, D.C. 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
rlivengood@relmanlaw.com
gschlactus@relmanlaw.com
schoi@relmanlaw.com

Nancy H. Hamren
Texas Bar No. 09549430
COATS ROSE
9 Greenway Plaza, Suite 1000
Houston, Texas 77046
Tel.: (713) 653-7362
Fax: (713) 651-0220
nhamren@coatsrose.com

*Attorneys for Plaintiff*

* Admitted *pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of August 2025, a copy of the foregoing Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss was served on all counsel of record via CM/ECF and the same is being served on the following counsel for defendants via electronic mail.

Roger L. McLeary
James C. Burnett
Max Wagner
Parsons McEntire McCleary PLLC
One Riverway, Suite 1800
Houston, Texas 77056
rmccleary@pmmlaw.com
jburnett@pmmlaw.com
mwagner@pmmlaw.com

*Counsel for Defendant FirstService Residential, Inc.*

Sarah Smith
David A. Talbot
Dinsmore & Shohl LLP
600 Travis Street, Suite 7350
Houston, Texas 77002
Sarah.Smith@dinsmore.com
David.Talbot@dinsmore.com

*Counsel for Defendant Providence Homeowners Association, Inc.*

<u>*s/ Rebecca Livengood*</u>
Rebecca Livengood

*Attorney for Plaintiff*

## **<u>CERTIFICATE OF CONFERENCE</u>**

I hereby certify that on this 21st day of August 2025, Plaintiff's Counsel has complied with the meet-and-confer requirement in Local Rule CV-7(h), and this motion is unopposed by Counsel for Defendants Providence Homeowners Association, Inc. and FirstService Residential Texas, Inc.

*<u>s/ Rebecca Livengood</u>*
Rebecca Livengood

*Attorney for Plaintiff*
