IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DENTON HOUSING AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> PROVIDENCE HOMEOWNERS ASSOCIATION, INC. and FIRSTSERVICE RESIDENTIAL TEXAS, INC., <br><br> Defendants. | Civil Action No. 4:25-cv-774-ALM |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Denton Housing Authority's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss, it is hereby ORDERED that the motion is GRANTED.

It is therefore ORDERED that the Plaintiff's deadline to respond to Defendant Providence Homeowners Association, Inc.'s (PHOA) Motion to Dismiss (ECF 10) and Defendant FirstService Residential Texas, Inc.'s Rule 12(b)(6) Motion to Dismiss Complaint (ECF 11) is September 16, 2025.

**SO ORDERED.**