IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DENTON HOUSING AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> PROVIDENCE HOMEOWNERS ASSOCIATION, INC. and FIRSTSERVICE RESIDENTIAL TEXAS, INC., <br><br> Defendants. | Civil Action No. 4:25-cv-774-ALM |

### ORDER

Upon consideration of Plaintiff Denton Housing Authority's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss (Dkt. #12), it is hereby ORDERED that the motion is GRANTED.

It is therefore ORDERED that the Plaintiff's deadline to respond to Defendant Providence Homeowners Association, Inc.'s (PHOA) Motion to Dismiss (Dkt. #10) and Defendant FirstService Residential Texas, Inc.'s Rule 12(b)(6) Motion to Dismiss Complaint (Dkt. #11) is September 16, 2025.

**IT IS SO ORDERED.**
**SIGNED this 25th day of August, 2025.**

*/s/ Amos L. Mazzant*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE