**IN THE UNITED STATES DISTRICT COURT**
**THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DENTON HOUSING AUTHORITY,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CASE NO. 4:25-cv-00774** |
| | § | |
| **PROVIDENCE HOMEOWNERS** | § | **JURY TRIAL DEMANDED** |
| **ASSOCIATION, INC. AND** | § | |
| **FIRSTSERVICE RESIDENTIAL** | § | |
| **TEXAS, INC.** | § | |
| | § | |
| *Defendants.* | | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF AGREED STIPULATED**
**CONFIDENTIALITY ORDER**

TO THE HONORABLE COURT:

Defendant FirstService Residential Texas, Inc. ("Defendant") respectfully moves for entry

of the Agreed Stipulated Confidentiality Order and would show the Court the following:

**I.      Introduction**

1.      This action arises from allegations of discrimination under the Fair Housing Act,

42 U.S.C. §§ 3601 *et al.* in connection with the enactment of certain rental rules by the Providence

Homeowners Association, Inc. in Providence Village, Texas.

2.      The Parties anticipate that discovery in this matter will require the disclosure of

information that is confidential and should be protected from disclosure, including matters that

may be protected under federal privacy laws. Recognizing that such information should be

protected, including from inadvertent disclosure, the Parties have agreed to the attached Agreed

Stipulated Confidentiality Order and request its entry in this case.

## II.    Law

3.    Federal Rule of Civil Procedure 26(c) governs the entry of protective orders:

In General. ***A party or any person from whom discovery is sought may move for a protective order*** in the court where the action is pending . . . The court may, for ***good cause***, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense  . . . .

FED. R. CIV. P. 26(c)(1) (emphasis added).

4.    Here, good cause exists because discovery in this matter is likely to disclose information that is confidential and that should be protected from disclosure in this case and only revealed to those listed individuals for purposes of this litigation.

5.    Good cause also exists because all parties have agreed to the Agreed Stipulated Confidentiality Order, which is signed by all parties.

## III.    Prayer

Accordingly, FirstService respectfully requests that the Court enter the attached Agreed Stipulated Confidentiality Order.

Respectfully submitted,

/s/ *Roger L. McCleary*
Roger L. McCleary (SBOT: 13393700)
rmccleary@pmmlaw.com
James C. Burnett (SBOT: 24094025)
jburnett@pmmlaw.com
Max Wagner (SBOT: 24115914)
Mwagner@pmmlaw.com
Parsons McEntire McCleary PLLC
One Riverway, Suite 1800
Houston, Texas 77056
(713) 960-7315 (Telephone)
(713) 960-7347 (Facsimile)

**COUNSEL FOR DEFENDANT FIRST SERVICE RESIDENTIAL TEXAS, INC.**

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that on November 14, 2025, I have conferred with all counsel of record, including counsel for Plaintiff and counsel for Defendant PHOA, and both are unopposed to this motion and have signed the Agreed Stipulated Confidentiality Order.

*/s/ James C. Burnett*
James C. Burnett

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the following counsel of record has been served with the foregoing document though PACER, as authorized by the Federal Rules of Civil Procedure on this 14th day of November, 2025:

Nancy H. Hamren
State Bar No. 09549430
nhamren@coatsrose.com
COATS ROSE
9 Greenway Plaza, Suite 1000
Houston, Texas 77046
713-653-7362 – telephone
713-651-0220 – facsimile

Rebecca Livengood
rlivengood@relmanlaw.com
Glenn Schlactus
gschlactus@relmanlaw.com
Soohyun Choi
schoi@relmanlaw.com
Robert Hunter
rhunter@relmanlaw.com
RELMAN COLFAX PLLC
State Bar No. 24091574
1225 19th St. N.W., Suite 600
Washington, D.C. 20036
202-728-1888 – telephone
202-728-0848 – facsimile

***Attorneys for Plaintiff Denton Housing Authority***

David A. Talbot Esq.
Sarah R. Smith, Esq.
Dinsmore
24 Greenway Plaza, Suite 1400
600 Travis Street, Suite 7350
Houston, Texas 77002
Via Email: *David.Talbot@dinsmore.com*
Via Email: *Sarah.Smith@dinsmore.com*

***Counsel for Respondent Providence Homeowners Association, Inc.***

*/s/ Roger L. McCleary*

Roger L. McCleary

3210385