**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DENTON HOUSING AUTHORITY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 4:25-CV-00774-ALM |
| | § | |
| PROVIDENCE HOMEOWNERS | § | |
| ASSOCIATION, INC. and FIRSTSERVICE | § | |
| RESIDENTIAL TEXAS, INC., | § | |
| | § | |
| *Defendants*. | § | |

## HOTLINE ORDER

On March 3, 2026, counsel for both sides (Miriam Pierson for Plaintiff, and David Talbot for Defendant) called the Hotline with respect to a discovery dispute.  Plaintiff contends that Defendant has not done a good faith search for responsive documents, primarily emails, and that it has chosen to rely on Rule 33(d) rather than providing narrative responsive to interrogatories. Defendant contends that its volunteer thoroughly searched for responsive records during a 2022 investigation into the same events, and that its use of Rule 33(d) is appropriate.

The Court determined that the parties have exhausted good faith efforts to resolve the dispute, and authorized Plaintiff to file a motion to compel if the further documents served today do not resolve the issues.

**SIGNED this 3rd day of March, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE