**IN THE UNITED STATES DISTRICT COURT**
**THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DENTON HOUSING AUTHORITY,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **CASE NO. 4:25-CV-00774-ALM** |
| **PROVIDENCE HOMEOWNERS** | § | |
| **ASSOCIATION, INC. and** | § | |
| **FIRSTSERVICE RESIDENTIAL** | § | |
| **TEXAS, INC.** | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF AGREED AND AMENDED**
**SCHEDULING ORDER**

Defendant FirstService Residential Texas, Inc. ("FirstService") files this unopposed motion for entry of agreed and amended scheduling order (the "Motion") and would respectfully show the Court the following:

1.      On May 26, 2026, the Court entered an order in this case, which set a deadline for the parties to submit an amended scheduling order. *See* Order (Doc. #56).

2.      The Parties have negotiated an amended scheduling order, and now they respectfully submit it for review and entry by this Court.

3.      The agreed and amended scheduling order is agreed to by all the parties and this Motion is unopposed.

Accordingly, FirstService respectfully requests that this Honorable Court grant this Motion and enter the agreed and amended scheduling order.

Dated: June 8, 2026.                    Respectfully submitted,

By: /s/ *Roger L. McCleary*

Roger L. McCleary
*Attorney-In-Charge*
SBOT: 13393700
rmccleary@pmmlaw.com
Parsons McEntire McCleary PLLC
One Riverway, Suite 1800
Houston, Texas 77056
(713) 960-7315 (Telephone)
(713) 960-7347 (Facsimile)

**ATTORNEYS FOR DEFENDANT FIRST
SERVICE RESIDENTIAL TEXAS, INC.**

**CERTIFICATE OF CONFERENCE**

I certify that we have complied with the meet and confer requirement in Local Rule CV-7(h) by conferring with Plaintiff's counsel regarding the subject matter of this motion and that this motion is unopposed by Plaintiff's counsel and the order submitted with this motion is agreed.

/s/ Roger L. McCleary
Roger L. McCleary

**CERTIFICATE OF SERVICE**

I certify that on June 8, 2026, this instrument was electronically filed with the Clerk of the U.S. District Court for the Eastern District of Texas using the electronic case filing system. This was also the method of service of this document upon counsel for all other parties in this case.

/s/ Roger L. McCleary
Roger L. McCleary

3230821