## IN THE UNITED STATES DISTRICT COURT
## THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **DENTON HOUSING AUTHORITY,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **CASE NO. 4:25-cv-00774** |
| | § | |
| **PROVIDENCE HOMEOWNERS** | § | **JURY TRIAL DEMANDED** |
| **ASSOCIATION, INC. AND** | § | |
| **FIRSTSERVICE RESIDENTIAL TEXAS,** | § | |
| **INC.** | § | |
| | § | |
| *Defendants*. | | |

### AGREED AND AMENDED SCHEDULING ORDER

On this date, the Court considered the Parties' Joint Motion for Entry of Proposed and Agreed Scheduling Order (the "Motion") submitted per the Court's Order entered on May 26, 2026[1] (Doc. # 56).

Having considered the Motion, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that the following deadlines are amended as set forth below. If no amended deadline is provided below, the prior deadline remains in effect.

---

[1] The Court recognizes that the Motion and this proposed agreed and amended scheduling order is filed by Defendants subject to and without waiving Defendants' pending Motions to Consolidate for Further Discovery and Trial on Liability. [Doc. # 49].

| Event | Current deadline | Proposed deadline |
|---|---|---|
| Deadline to object to expert witness of party bearing the burden of proof. Objection shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection. | July 17, 2026 | August 17, 2026 |
| Deadline to object to expert witness of party not bearing the burden of proof. Objection shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection. | June 1, 2026 | September 25, 2026 |
| Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. | June 1, 2026 | September 29, 2026 (Tues) |
| Discovery deadline. All discovery shall be commenced in time to be completed by this date. | July 1, 2026 | October 29, 2026 (Thurs) |
| Notice of intent to offer certified records. | August 24, 2026 | December 22, 2026 (Tues) |

| | | |
|---|---|---|
| Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (*See* www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases). | August 24, 2026 | December 22, 2026 (Tues) |
| Deposition Designations due. Each party who proposes to offer a deposition shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those that cannot be resolved shall be presented to the court.<br><br>The party who served the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's ruling on objections. | August 31, 2026 | December 29, 2026 (Tues) |
| Motions in limine due. File Joint Final Pretrial Order (*See* www.txed.uscourts.gov). | September 14, 2026 | January 12, 2027 |

| | | |
|---|---|---|
| Responses to motions in limine due.[2]<br><br>File objections to witnesses, depositions extracts, and exhibits, listed in pre-trial order.[3] This does not extend the<br>deadline to object to expert witnesses. If numerous objections are filed, the court may set a hearing prior to docket call.<br><br>File Proposed Jury Instructions and Form of Verdict | September 21, 2026 | January 19, 2027 (Tues) |
| If numerous objections are filed, the court may set a hearing to consider all pending motions and objections. | Date will be set by Court. Usually within 10 days prior to the Final Pretrial Conference. | Date will be set by Court. Usually within 10 days prior to the Final Pretrial Conference. |
| Final Pretrial Conference at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, TX 75090. Date parties should be prepared to try case. All cases on the Court's Final Pretrial Conference docket for this day have been set at 9:00 a.m. However, prior to the Final Pretrial Conference date, the Court will set a specific time between 9:00 a.m. and 4:00 p.m. for each case, depending on which cases remain on the Court's docket. | October 9, 2026 | February 8, 2027 |

---

[2] This is not an invitation or requirement to file written responses. Most motions in limine can be decided without a written response. But, if there is particularly difficult  or novel issue, the Court needs some time to review the matter. To save time and space respond only to items objected to. All others will be considered to be agreed. Opposing counsel

| Jury selection and trial at 10:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. | November 2, 2026 | March 1, 2027 |
|---|---|---|

**IT IS SO ORDERED.**

**3230381**

---

shall confer in an attempt to resolve any dispute over the motions in limine within five calendar days of the filing of any response. The parties shall notify the court of all the issues which are resolved.

[3] Within five calendar days after the filing of any objections, opposing counsel shall confer to determine whether objections can be resolved without a court ruling. The parties shall notify the court of all issues which are resolved. The court needs a copy of the exhibit or the pertinent deposition pages to rule on the objections.